# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERROL JOHNSON

NO. 2020 KW 0420

**AUGUST 03, 2020**

---

In Re:  Errol Johnson, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 9999-021070.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The record of the St. Mary Parish Clerk of Court's Office shows relator has no pending charges before the Sixteenth Judicial District Court. The record of the Terrebonne Parish Clerk of Court's Office shows that on April 14, 2020, relator pled guilty to exploitation of persons with infirmities and was sentenced by the Thirty-Second Judicial District Court to a term of imprisonment with the Department of Public Safety and Corrections in docket number 806384.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT